In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-00-303 CR


____________________



RAY BURTON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 79720






OPINION


 A jury found Ray Burton to be guilty of burglary of a habitation. After Burton
pleaded "true" to a repeat offender allegation, the trial court assessed punishment at
confinement in the Texas Department of Criminal Justice, Institutional Division, for twenty
years.


 After appeal was perfected, appellate counsel filed a brief in compliance with
Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and High v.
State, 573 S.W.2d 807 (Tex. Crim. App. 1978). The brief concludes no arguable error
which would support an appeal is presented, a conclusion with which we concur.

 On May 17, 2001, Burton was given an extension of time in which to file a pro se
brief if he so desired. As of this date, we have received no response from the appellant.

 We have reviewed the clerk's record and the reporter's record, and find no arguable
error requiring us to order appointment of new counsel. See Stafford v. State, 813 S.W.2d
503, 511 (Tex. Crim. App. 1991). Accordingly, we affirm the judgment and sentence of
the trial court. 

 AFFIRMED.

 PER CURIAM


Submitted on September 5, 2001

Opinion Delivered September 12, 2001

Do Not Publish


Before Walker, C.J., Burgess and Gaultney, JJ.